UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                              :   ORDER
UNITED STATES OF AMERICA                                      :
                                                              :   18 Cr. 15 (AKH)
        -against-                                             :
                                                              :
JOSEPH SABELLA                                                :
                                                              :
                        Defendant.                            :
                                                              :
------------------------------------------------------------- X
                                                              :   20 Civ. 5498 (AKH)
JOSEPH SABELLA                                                :
                                                              :
                        Petitioner,                           :
                                                              :
        v.                                                    :
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
                        Respondent.                           :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant's notice of intent to appeal is converted to a notice of appeal, as of its date, March 20, 2021. Defendant's appeal is from my order of February 25, 2021 (ECF No. 747), denying his motion for compassionate release. Because of the COVID-19 pandemic and the slowness of the mails, Defendant's filing out of time is excused. Fed. R. App. P. 4(b). The Clerk of Court shall terminate the open motions (ECF Nos. 748, 754).

      SO ORDERED.

Dated:    April 23, 2021                               /s/ Alvin K. Hellerstein
            New York, New York                    ALVIN K. HELLERSTEIN
                                                                  United States District Judge