UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
UNITED STATES                                     :
                                                  :
                                                  :   **ORDER**
                  -against-                       :
                                                  :   18 Cr. 15 (AKH)
JOSEPH SABELLA,                                   :
                                                  :
                              Defendant.          :
                                                  :
                                                  :
                                                  :
                                                  :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

Currently, ECF No. 762 is marked as an open motion.  However, ECF No. 762

was a reply brief related to Defendant's motion for compassionate release.  I denied that motion

on February 25, 2021, *see* ECF No. 747, and Defendant appealed.  Likewise, Defendant's motion

to vacate pursuant to § 2255 was denied on November 25, 2020.  ECF No. 721.

Because ECF No. 762 amounts to a reply brief related to motions that have

already been denied, the Clerk shall terminate ECF No. 762.


SO ORDERED.

Dated:      April 21, 2022                    ___/s/ Alvin K. Hellerstein_____
            New York, New York                ALVIN K. HELLERSTEIN
                                              United States District Judge